433 A.2d 536

Commonwealth v. Wagner, Appellant.

Petition for Allowance of Appeal Denied July 20, 1981.

Argued November 11, 1980. John J. Morgan, for appellant; William M. Kern, for Commonwealth, appellee.

Before PRICE, CAVANAUGH and HOFFMAN, JJ.

Judgment of sentence affirmed.

433 A.2d 536

Commonwealth v. Wilkes, Appellant.

Submitted September 11, 1980. Barry H. Oxenburg, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, HOFFMAN and VAN der VOORT, JJ.

Order affirmed.